Certificate Number: 16339-NYS-DE-040817578

Bankruptcy Case Number: 26-10584

16339-NYS-DE-040817578

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2026, at 10:58 o'clock AM EDT, Hina Jehan completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: April 5, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor